IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALEJANDRO ROGRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:04-CV-00613 |
| ) | |
| BRINKER INTERNATIONAL PAYROLL ) | |
| COMPANY, L.P., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Alejandro Rodriguez, and Defendant, Brinker International Payroll Company, L.P., by and through their respective counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully stipulate that all claims in this action asserted by Plaintiff against Defendant should be dismissed, without prejudice, with costs being taxed to Plaintiff

This 24th day of January, 2006.

Respectfully submitted,

s/Charles M. Torres
Charles M. Torres, Esq., BPR# 014511
6906 Kingston Pike, Suite 106
Knoxville, Tennessee 37919
(865) 558-6161

Attorney for Plaintiff, Alejandro Rodriguez

s/Timothy B. McConnell
Timothy B. McConnell, BPR #19136
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ
900 Gay Street, S.W., Suite 2200
P.O. Box 1792
Knoxville, Tennessee 37902
(865) 549-7000
*tmcconnell@bakerdonelson.com*

Attorney for Defendant, Brinker
International Payroll Company, L.P.

CERTIFICATE OF SERVICE

I certify that on January 24, 2006 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Charles M. Torres
Charles M. Torres

2
K MLS 183765 v1
1037666-000013  01/24/2006
Case 3:04-cv-00613   Document 16   Filed 01/27/06   Page 2 of 2   PageID #: <pageID>